1  Leila H. Watson
2  B. Kristian W. Rasmussen, III
   **Cory, Watson, Crowder, & Degaris, P.C.**
3  2131 Magnolia Avenue
   Birmingham, Alabama 35205
4  Telephone: (205) 328-2200
   Facsimile: (205) 324-7896
5  Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
|---|---|
| This Document Relates To: | |
| *Tammie Bridgmon, Administrator of the Estate of Rose Smith, deceased v. Pfizer Inc* (06-7394 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| *Harmon David Kelley, et al. v. Pfizer Inc* (06-3488 CRB) | |
| *Randall Harrison, et al. v. Pfizer Inc* (07-2032 CRB) | |
| *Alvin F. Johnson, et al. v. Pfizer Inc* (07-1406 CRB) | |
| *Lorenza Minor, et al. v. Pfizer Inc* (07-1470 CRB) | |
| *Stephen W. Morris, et al. v. Pfizer Inc* (07-2223 CRB) | |
| *Marie A. Teal, individually v. Pfizer Inc, et al.* (08-1008 CRB) | |

26       Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through
27  the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
28

-1-

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with each side bearing its own attorneys' fees and costs.

DATED: 10/3, 2009    By: /s/ Leila H. Watson

**CORY, WATSON, CROWDER, & DEGARIS, P.C.**
2131 Magnolia Avenue
Birmingham, Alabama 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

*Attorneys for Plaintiffs*

DATED: Nov. 4, 2009    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

Hon. Charles R. Breyer
United States District Court

-2-